# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **POLYSHOK, INC.,** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 5:09-cv-216 (HL) |
| **POLYWAD, INC., et al.,** | : |
| Defendant/Counterclaimant, | : |
| v. | : |
| **POLYSHOK, INC.,** | : |
| Defendant in Counterclaim. | : |

# ORDER

This case is before the Court on Defendant Polywad, Inc.'s Motion to Add Parties (Doc. 16) and Amended Motion to Add Parties (Doc. 18).  In its Motions, Polywad requests that Charles Glover and James R. Middleton be added as defendants in counterclaim to this lawsuit.  During the hearing held before the Court on August 31, 2009, counsel for Messrs. Glover and Middleton stated that he has no objection to Polywad's Motions.

Therefore, Polywad's Motions (Docs. 16 and 18) are **GRANTED**.  Charles Glover and James R. Middleton are added as defendants in counterclaim.  Polywad is directed to serve the newly added defendants with summons and a copy of the

complaint and amended complaint, and Messrs. Glover and Middleton are to answer the counterclaims pursuant to the Federal Rules of Civil Procedure.

**SO ORDERED**, this the 2nd day of September, 2009.

*s/  Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh